MORRIS CHERNUCHIN, Doing Business under the Firm Name of THE STAR SODA-WATER APPARATUS CO., Appellant, *v.* MAX LIEBERMAN, Doing Business under the Name of ROYAL WOOD WORKING COMPANY, Defendant, and BENJAMIN BARKIN, INC., Respondent.

*Appeal — discretionary orders — appeals to Court of Appeals, without permission, from orders of Appellate Division reversing discretionary orders dismissed.*

*Chernuchin* v. *Lieberman*, 209 App. Div. 870, 871, appeal dismissed. (Submitted January 21, 1925; decided February 25, 1925.)

APPEAL from three orders of the Appellate Division of the Supreme Court in the first judicial department, two of which were entered June 28, 1924, and the third July 3, 1924, the first of which orders reversed an order of Special Term granting a motion to open default; the second of which reversed an order of Special Term denying a motion for re-argument, and the third of which reversed an order of Special Term denying a motion to vacate a judgment.

*Charles Berlin* for appellant.

*Reuben Dorfman* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.